UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| **RYAN JAMES, an individual,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) )   CASE NO.: _____ |
| **EWING WATERPROOFING SYSTEMS, INC., a Florida profit corporation,** | ) ) ) ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Ewing Waterproofing Systems, Inc. ("Ewing Waterproofing"), by and through its undersigned counsel, hereby files this Notice of Removal giving notice it is removing this action from the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, Civil Division, to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and in support thereof, respectfully shows the Court as follows:

### STATEMENT OF THE CASE

1. On February 26, 2020, Plaintiff Ryan James filed a lawsuit in the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, Civil Division. At the time, Plaintiff's Complaint contained a single count alleging "retaliatory personnel action" prohibited by § 448.102, Florida Statutes, also known as the Florida Whistleblower Act.

2. Plaintiff subsequently amended the Complaint on April 9, 2020 in which the single count state claim under the Florida Whistleblower Act remained unchanged,

but the complaint was amended to reflect an increased threshold amount at issue from more than $15,000 to more than $30,000.00.

3. Plaintiff then filed a Motion to Amend the Complaint on June 16, 2020, in which he sought to add an additional count alleging violation of the Fair Labor Standards Act ("FLSA"), 29 USC § 201, *et. seq*. The Court granted the motion to amend on June 18, 2020 and the Second Amended Complaint, containing the added FLSA claim, was deemed filed as of June 18, 2020.

4. The Second Amended Complaint is removable pursuant to 28 U.S.C. §§ 1441(a). Ewing Waterproofing has satisfied all the procedural requirements of 28 U.S.C. § 1446 and thereby removes this action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1441 and 1446. This Notice of Removal is timely because it has been filed within 30 days of filing of the Second Amended Complaint, which added the FLSA claim. 28 U.S.C. § 1446(b)(3) ("…if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable").

**GROUNDS FOR REMOVAL**

5. This action is within the original federal question jurisdiction of the United States District Court pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA. This Court has supplemental jurisdiction over Plaintiff's Florida Whistleblower claim pursuant to 28 U.S.C. § 1367(a).

6. This removal notice is timely filed, as required by 28 U.S.C. § 1446(b)(3). Ewing Waterproofing's first legal notice of the removable complaint was on June 18, 2020 when the state court deemed the Second Amended Complaint filed. This notice is being filed within 30 days of June 18, 2020.

## THE OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED

7. Ewing Waterproofing has complied with 28 U.S.C. § 1446(a) & (d). Under 28 U.S.C. § 1446(a), a true and correct "copy of all process, pleadings, and orders served upon" Ewing Waterproofing are attached as **Exhibit A** to this notice. Pursuant to 28 U.S.C. § 1446(d), a notice of filing of removal will be promptly filed with the clerk of the Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida, Civil Division, Case No. 2020-CA-139-A, and Ewing Waterproofing will serve a notice of filing of removal on Plaintiff's attorneys. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B.**

8. The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

9. By this notice, Ewing Waterproofing does not waive any objections it may have as to improper service, jurisdiction, or venue, or any other defenses or objections to this action. Ewing Waterproofing intends no admission of fact, law, or liability by this notice, and reserves all defenses, motions, and pleas.

WHEREFORE, Defendant Ewing Waterproofing respectfully removes this action, pending in the Fifth Judicial Circuit in and for Citrus County, Florida. To the United States District Court in the Middle District, Ocala Division.

Dated: July 10, 2020        Respectfully submitted,

BY:    */s/Kimberly J. Doud*
Kimberly J. Doud
Florida Bar No.: 523771
LITTLER MENDELSON, P.C.
111 N. Orange Avenue, Suite 1750
Orlando, Florida 32801-2366
Telephone: (407) 393-2900
Facsimile: (407) 393-2929
Email: kdoud@littler.com
Secondary: mfilmore@littler.com

Stella Chu, Esq.
Florida Bar No. 060519
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552
E-mail: SSChu@littler.com
Secondary: kljackson@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished via electronic mail on all counsel of record on the attached Service List, either via transmission of Notices of Electronic filing generated by the CM/ECF system.

*/s/ Kimberly J. Doud*
Kimberly J. Doud

## **SERVICE LIST**

*COUNSEL FOR PLAINTIFF*

Benjamin S. Briggs, Esq.
Florida Bar No. 113814
Elliot Haney, Esq.
Florida Bar No. 1018829
COTNEY CONSTRUCTION LAW, LLP
3110 Cherry Palm Drive, Suite 290
Tampa, FL 33619
Telephone:  (813) 579-3278
Facsimile:   (813) 902-7612
E-mail:  bbriggs@cotneycl.com
E-mail:  ehaney@cotneycl.com
E-mail:  lcox@cotneycl.com
E-mail:  ehinsley@cotneycl.com

*COUNSEL FOR DEFENDANT*

Kimberly Doud, Esq.
Florida Bar No. 0523771
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801
Telephone:  (407) 393-2900
Facsimile:   (407) 393-2929
E-mail: KDoud@littler.com
Secondary:  mfilmore@littler.com

Stella Chu, Esq.
Florida Bar No. 060519
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552
E-mail:  SSChu@littler.com
Secondary:  kljackson@littler.com

Robert P. Butts, Esq.
Sean G. Hipworth, Esq.
WARNER, SECHREST & BUTTS, P.A.
5200 SW 91st Terrace, #101
Gainesville, FL 32608
E-mail:  RButts@fbswlaw.com
E-mail:  SHipworth@fbswlaw.com
Secondary:  Lisa@fbswlaw.com

4841-7446-4449.1 615000.6865